United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 16-24006-NB
Louise Fulchiero                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2         User: dghaltchi         Page 1 of 1         Date Rcvd: Oct 26, 2016
                        Form ID: r341z         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
```
db             +Louise Fulchiero,    10736 Jefferson Boulevard,     Unit 789,    Culver City, CA 90230-4933
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
37413227       +Carmax Credit,    12800 Tuckahoe Creek Parkway,    Richmond, VA 23238-1124
37413228       +Samtamder,    75 State Street,    Boston, MA 02109-1827
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: itcdbg@edd.ca.gov Oct 27 2016 02:40:23      Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 27 2016 02:41:33      Franchise Tax Board,
                 Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                              TOTAL: 2
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
```
              Kathy A Dockery (TR)    efiling@CH13LA.com
              Lee M Linson    on behalf of Debtor Louise  Fulchiero linsonlawyer@gmail.com,
               david@jshoffmanlaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

Form r341z–r341 VAN–02
Rev. 05/2010

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# RENOTICE CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Louise Fulchiero

**BANKRUPTCY NO.** 2:16–bk–24006–NB

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–1250
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** N/A

**Address:**
10736 Jefferson Boulevard
Unit 789
Culver City, CA 90230

**DEBTOR'S ATTORNEY:**
Lee M Linson
Law Offices of Lee Linson
11901 Santa Monica Blvd Ste 449
Los Angeles, CA 90025

310–591–4004

**TRUSTEE:**
Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

(213) 996–4400

Please take notice that the confirmation hearing has been reset for:

**Date:** January 5, 2017    **Time:** 09:30 AM
**Location:** 255 E Temple St., Crtrm 1545, Los Angeles, CA 90012

Section 341(a) Meeting of Creditors date and time will
remain the same as indicated in original notice.

Dated: October 26, 2016

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341z–r341 VAN–02) Rev. 05/2010                                                                                                  **6 / GDL**